

## H. ROSKE & ASSOCIATES

U.S. Attorneys For The German-Speaking Industries

October 12, 2023

VIA ECF
Hon. Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Juraj Sipko v. Norbert Kocan, No. 1:23-cv-03339-RPK-RML

Dear Magistrate Levy:

    We are attorneys for Defendant, Norbert Kocan, in the captioned action. In accordance with Your Honor's directive, we respectfully advise that Defendant Kocan is willing to participate in mediation in an effort to resolve the matter. We are available to discuss the foregoing if the Court so requires. Thank you.

Respectfully yours,

Steven A. Lucia

CC:
Jason Mazrahi, Esq.
Attorney for Plaintiff
Jason@levinepstein.com

HR&A
NEW YORK

350 Fifth Avenue | Suite 5220 | New York, NY 10118
Phone: +1 212.584.4230 | Fax: +1.212.584.4233 | Webseite: www.hr-ny.com