UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Juraj Sipko, on behalf of himself and others
similarly situated in the proposed FLSA
Collective Action,

                Plaintiff,           JUDGMENT

v.                                          23-cv-03339-RPK-RML

Norbert Kocan,

                Defendant.
-----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 7, 2024; and Defendant Norbert Kocan, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Juraj Sipko in this action in the total sum of Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($32,500.00); it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Juraj Sipko and against Defendant Norbert Kocan in this action in the total sum of Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($32,500.00) payable as follows: 1. A payment in the amount of Thirty-Two Thousand Five Hundred Dollars and Zero Cents ($32,500.00) payable within ten (10) days of the Court's entry of a final judgment.

Dated: Brooklyn, New York                              Brenna B. Mahoney
        February 14, 2024                                     Clerk of Court

                                                            By:    _/s/Jalitza Poveda_
                                                                     Deputy Clerk